<u>**NOT FOR PUBLICATION**</u>

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DICLIA PENA-JIMENEZ, | Hon. Faith S. Hochberg |
| Plaintiff, | Civil No. 10-6298 (FSH) |
| v. | **ORDER** |
| COMMISSIONER OF SOCIAL SECURITY, | Date: December 15, 2010 |
| Defendant. | |

**HOCHBERG, District Judge:**

Upon reading the affidavit of Plaintiff requesting that she be permitted to proceed <u>in forma pauperis</u>:

**IT IS** on this 15th day of December, 2010;

**ORDERED** that Plaintiff be permitted to proceed without prepayment of fees or costs or security therefor, in accordance with Section 1915 (a), Title 28, United States Code; and it is further

**ORDERED** that the Clerk shall file the Complaint without prepayment of the filing fee; and it is further

**ORDERED** that the Clerk of the Court shall issue a summons, and the United States Marshal shall serve a copy of the complaint and summons upon Defendant, pursuant to 28 U.S.C. §1915(d), with all costs of service advanced by the United States.

                                                  /s/ Faith S. Hochberg  
                                                  Hon. Faith S. Hochberg, U.S.D.J.