UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
---------------------------------------------------X
DILCIA PENA JIMENEZ,

                Plaintiff,

        v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

              Defendant.
---------------------------------------------------X

**CONSENT ORDER AWARDING ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA), 28 U.S.C. 2412(d)**

Hon. Faith S. Hochberg
Civil Action No. 10-6298 (FSH)

      IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties in the above-titled action that Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA) (28 U.S.C. § 2412) in the amount of six thousand nine hundred dollars ($6,900) and costs of twenty-eight dollars and eighty-nine cents ($28.89). Such award is made in full satisfaction of any claim for fees, costs and other expenses pursuant to the EAJA.

      AND, the Court having reviewed this matter,

      IT IS on this 19th day of DECEMBER 2011;

      ORDERED that Plaintiff be allowed an award under the Equal Access to Justice Act of attorneys fees of $6,900 and costs of $28.89.

      It is further agreed that that payment of fees will be made directly to plaintiff's attorney since plaintiff has agreed to transfer her rights to EAJA fees to her attorney, and provided that plaintiff owes no debt that is subject to offset under the Treasury

1

Offset Program.

THE CLERK IS DIRECTED TO TERMINATE THE MOTION FOR ATTORNEYS' FEES (DOCKET # 25).

_____
Faith S. Hochberg
United States District Court Judge

The undersigned hereby consent to the form and entry of the within order.

Paul J. Fishman
United States Attorney

By:  /s/ Dennis J. Canning
Dennis J. Canning
Special Assistant U.S. Attorney
c/o Social Security Administration
Office of General Counsel
26 Federal Plaza, Room 3904
New York, NY 10278-0004
(212)264-2082

Sheryl Gandel Mazur, Esq.
Attorney for Plaintiff

/s/ Sheryl Gandel Mazur
Sheryl Gandel Mazur
195 Fairfield Avenue
West Caldwell, NJ 07006
(973) 403-0902